UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  CR05-0131-MJP-JPD |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| VIVIAN D. WELCH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

Failure to Self Surrender in violation of 18 U.S.C. §§ 3146(a)(2) and 3146(b)(A)(i).

<u>Date of Detention Hearing</u>:  May 2, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant's criminal background history reveals convictions for several offenses, and a history of failure to comply with court orders and supervised release.

(2)   Defendant has stipulated to detention reserving the right to contest her continued detention if there is a material change in circumstances.

(3) There are no conditions or combination of conditions that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of May, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge